STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO (State Bar No. 265347)
ADAM P. SNYDER (State Bar No. 312160)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone: 310.556.5800
Facsimile: 310.556.5959
Email: *lacalendar@stroock.com*

Attorneys for Defendant
  JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BROWN, | Case No. **'19CV0338 AJB  AGS** |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL OF DEFENDANT JPMORGAN CHASE BANK, N.A.** |
| JPMORGAN CHASE BANK dba CHASE AUTO FINANCE, and DOES 1 through 20, | |
| Defendant | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446, defendant JPMorgan Chase Bank, N.A. ("JPMC") hereby removes the action entitled <u>Kevin Brown vs. JPMorgan Chase Bank dba Chase Auto Finance, et al.</u>, Case No. 37-2019-00003030-CL-BC-NC, in the Superior Court of the State of California, County of San Diego, Limited Jurisdiction (the "Action"), to the United States District Court for the Southern District of California.

1. <u>Removal Is Timely</u>.  Pursuant to California Code of Civil Procedure § 415.30(c), the Complaint in the Action was served on JPMC on January 18, 2019. See <u>Lee v. City of Beaumont</u>, 12 F.3d 933, 936-37 (9th Cir. 1993) ("The issue of sufficiency of service of process prior to removal is strictly a state law issue[.]") (citing <u>Anderson v. Allstate Ins. Co.</u>, 630 F.2d 677, 682 (9th Cir. 1980)) (overruled on other grounds); <u>see also</u> <u>Student A. By and Through Mother of Student A. v. Metcho</u>, 710 F. Supp. 267, 268 (N.D. Cal. 1989) (state law determines when service is made for purposes of removal).  Pursuant to 28 U.S.C. § 1446(b), JPMC has timely filed this Notice of Removal within thirty days of service of the Complaint and it is not more than one year from the initial filing of the Action.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings served on JPMC filed in the Action are attached hereto as **Exhibit A**.

2. <u>This Court Has Removal Jurisdiction Over The Action.</u>  The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1331 and is one which may be removed to this Court by JPMC pursuant to the provisions of 28 U.S.C. Section 1441(b) that Plaintiff alleges in the Complaint violation of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, <u>et seq.</u> (the "FDCPA") (Compl. ¶¶ 31-33), a claim that is created by, and arises under, federal law.  To the extent any other claims in the Action may arise under state law,

supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. Section 1367 and 1441(c).

3. <u>Consent Is Not Necessary Because No Defendant Has Been Served</u>. JPMC is the only named defendant in the Action, and as stated, it is not aware of any other defendants that have been named in, or served with, the Complaint. Accordingly, consent of removal is not necessary and removal is proper pursuant to 28 U.S.C. § 1446(a) & (b). <u>See</u> <u>Emrich v. Touche Ross & Co.</u>, 846 F.2d 1190, 1193 n.1 (9th Cir. 1988) (The general rule that "all defendants in a state action must join in the petition for removal . . . [applies] only to defendants properly joined and served in the action.").

4. <u>Venue Is Proper In This Court</u>. This Court is the proper district court for removal because the Superior Court of the State of California for the County of San Diego is located within the United States District Court for the Southern District of California. <u>See</u> 28 U.S.C. § 1441(a).

5. <u>Notice Will Be Effected</u>. Pursuant to 28 U.S.C. § 1446(d), this Notice of Removal shall be given to adverse parties and a duplicate copy of this Notice of Removal, without exhibits, shall be filed in the Action.

Dated:  February 15, 2019

STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO
ADAM P. SNYDER

By: _____*/s/ Arjun P. Rao*_____
        Arjun P. Rao

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2019 a copy of the foregoing **NOTICE OF REMOVAL OF DEFENDANT JPMORGAN CHASE BANK, N.A.** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ Arjun P. Rao*
Arjun P. Rao

<u>Via U.S. Mail</u>
Kevin Brown
355 San Dimas Avenue
Oceanside, CA 92057

Plaintiff, *pro se*

- 1 -

CERTIFICATE OF SERVICE
Case No. _____

LA 52216694